UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

MEGAN J. HAIRE   CASE NO. 09-06026-BKC-3F7

_____Debtor._____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, 3rd Floor, Suite 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell to the debtor the following property of the bankruptcy estate: 1997 Honda CRV, VIN-1HGEJ8149TL003972 ($1,500.00), and the 1999 Ford Escort, VIN-1FAFP13P3XW292566 ($1,500.00) for the sum of $3,000.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 24, 2011.

/s/ Gregory K. Crews
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
Florida Bar No. 172772
(904) 354-1750

Mailed to creditors and parties in interest on October 24, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MEGAN J. HAIRE**                    CASE NO. 09-06026-BKC-3F7

                Debtor.

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 24, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

```
Label Matrix for local noticing          At&t                                    Cfna
113A-3                                   Po Box 6490                             P.o. Box 81315
Case 3:09-bk-06026-JAF                   The Lakes, NV 88901-0001                Cleveland Oh 44181-0315
Middle District of Florida
Jacksonville
Mon Oct 24 09:16:37 EDT 2011

Chase                                    Chase                                   Chase Bank USA, N.A.
Po Box 15153                             Po Box 9001020                          PO Box 15145
Wilmington, DE 19886-5153                Louisville, KY 40290-1020               Wilmington, DE 19850-5145


CitiMortgage Inc                         CitiMortgage, Inc.                      CitiMortgage, Inc.
Law Offices of David J Stern PA          c/o Erik Fritz                          c/o Lindsay A. Savastano
c/o Lindsey A Savastano, Esq             900 S. Pine Island Rd., Ste. 400        900 S. Pine Island Rd., Ste. 400
900 S Pine Island Rd #400                Plantation, FL 33324-3920               Plantation, FL 33324-3920
Plantation, FL 33324-3920

CitiMortgage, Inc., Successor by Merger to A   Citimortgage                      Credit First National Association
Law Offices of David J. Stern, P.A.            Po Box 6006                       Po Box 818011
c/o Lindsey A Savastano, Esq.                  The Lakes, NV 88901-6006          Cleveland, OH 44181-8011
900 South Pine Island Road #400
Plantation, Fl 33324-3920

Gregory K Crews                          EMC Mortgage Corp.                      Exxon Mobil
8584 Arlington Expressway                c/o Connie Delisser                     Po Box 688940
Jacksonville, FL 32211-8003              1800 NW 49th St., Ste. 120              Des Moines Ia 50368-8940
                                         Ft. Lauderdale, FL 33309-3092

First Financial Bank                     Florida Dept of Labor and Security      Florida Dept of Revenue
P.o. Box 7600                            Hartman Building, Suite 307             P.O. Box 6668
N Sioux City Sd 57049-7600               2012 Capital Circle, Southeast          Tallahassee, FL 32314-6668
                                         Tallahassee, FL 32399-6583

Megan J. Haire                           Home Depot                              IRS
44 Westover Lane                         P.o. Box 689100                         Centralized Insolvency Operations
Palm Coast, FL 32164-7743                Des Moines, IA 50368-9100               P.O. Box 7346
                                                                                 Philadelphia, PA 19101-7346

James C Haire Jr                         Lowes                                   Mark Franzoni
44 Westover Lane                         P.o. Box 530914                         1511-B penman Rd.
Palm Coast Fl 32164-7743                 Atlanta, GA 30353-0914                  Jacksonville Beach, FL 32250-3773

National City                            CS Office of Schuyler S Smith           PYOD LLC its successors and assigns as assig
P.o. Box 856176                          Schuyler-Stewart-Smith, PA              Citibank
Louisville Ky 40285-6176                 118 W Adams St, Suite 800               c/o Resurgent Capital Services
                                         Jacksonville, FL 32202-3866             PO Box 19008
                                                                                 Greenville, SC 29602-9008

Recovery Management Systems Corporation  Recovery Management Systems Corporation Schuyler S Smith
For GE Money Bank                        For GE Money Bank                       Schuyler-Stewart-Smith, PA
dba CHEVRON TEXACO PLCC                  dba LOWES CONSUMER                      118 W Adams St, Suite 800
25 SE 2nd Ave Ste 1120                   25 SE 2nd Ave Ste 1120                  Jacksonville, FL 32202-3866
Miami FL 33131-1605                      Miami FL 33131-1605
```

| David J Stern | Tax Collector, Flagler County | United States Trustee - JAX 7 7 |
|---|---|---|
| Law Offices of David J.Stern PA | Suzanne Johnston | 135 W Central Blvd Suite 620 |
| 900 South Pine Island Road Suite 400 | P.O. Box 846 | Orlando, FL 32801-2440 |
| Plantation, FL 33324-3920 | Bunnell, FL 32110-0846 | |

| Us Dept Of Education | (p)WACHOVIA BANK NA | Wachovia Bank |
|---|---|---|
| P.o. Box 5609 | PO BOX 13765 | c/o Schuyler Smith |
| Greenville Tx 75403-5609 | ROANOKE VA 24037-3765 | 118 W. Adams St, #800 |
| | | Jacksonville, FL 32202-3866 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Wachovia Bank | (d)Wachovia Bank, N.A. |
|---|---|
| Po Box 96074 | Central Bankruptcy Unit VA 7359 |
| Charlotte, NC 28296 | P.O. Box 13765 |
| | Roanoke, VA 24037-3765 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Gregory K. Crews | (u)Jerry A. Funk | End of Label Matrix | |
|---|---|---|---|
| 8584 Arlington Expressway | Jacksonville | Mailable recipients | 35 |
| Jacksonville, FL 32211-8003 | | Bypassed recipients | 2 |
| | | Total | 37 |